```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

UNITED STATES OF AMERICA       )
                               )
          v.                   )   CR. NO.  1:06-mj-17-VPM
                               )
MICHAEL LEE WALKER             )

## GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendants.

1. <u>Eligibility of Cases</u>

   This case is eligible for a detention order because this case involves:

   | | |
   |---|---|
   | ____ | Crime of violence (18 U.S.C. 3156) |
   | ____ | Maximum sentence of life imprisonment or death |
   | _X_ | 10 + year drug offense |
   | ____ | Felony, with two prior convictions in the above categories |
   | _X_ | Serious risk the defendant will flee |
   | _X_ | Serious risk of obstruction of justice |

2. <u>Reason For Detention</u>

   The Court should detain defendant because there are no conditions of release which will reasonably assure:

   | | |
   |---|---|
   | ____ | Defendant's appearance as required |
   | _X_ | Safety of any other person and the community |

3. <u>Rebuttable Presumption</u>

   The United States will invoke the rebuttable presumption

against defendant under Section 3142(e). The presumption applies because:

| | |
|---|---|
| __X__ | Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c) |
| _____ | Previous conviction for "eligible" offense committed while on pretrial bond |
| _____ | A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above |

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

| | |
|---|---|
| _____ | At the initial appearance |
| __X__ | After continuance of 3 days |

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 13th day of February, 2006.

                    LEURA G. CANARY
                    United States Attorney

                    s/A. Clark Morris
                    A. CLARK MORRIS
                    Assistant United States Attorney
                    One Court Square, Suite 201
                    Montgomery, AL 36104
                    Phone: (334)223-7280
                    Fax: (334)223-7135
                    E-mail: clark.morris@usdoj.gov
                    ASB-1613-N77A