IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06mj17-VPM |
| | ) | |
| MICHAEL LEE WALKER | ) | |

## ORDER ON MOTION

For good cause,

It is ORDERED that the Government's Motion for Detention Hearing filed 13 February 2006 (Doc #6) is **GRANTED** and that a Detention Hearing and a Preliminary Examination Hearing are hereby set for 15 February 2006 at 1:30 p.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 14th day of February, 2006

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE